1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DAREN HEATHERLY and IRMA RAMIREZ,<br><br>       Plaintiffs,<br><br>     v.<br><br>THE BREW, and others,<br><br>       Defendants. | Case No. 13-cv-02949 NC<br><br>**ORDER TO SHOW CAUSE** |

Plaintiffs filed this case alleging violations of the Americans with Disabilities Act on June 26, 2013.  Dkt. No. 1.  Defendants answered the complaint on August 26, 2013.  Dkt. No. 6.  No other activity has occurred in the case since defendants answered.  Therefore, plaintiffs are ordered to show cause, within 28 days of this order, as to why their case should not be dismissed for lack of prosecution.

IT IS SO ORDERED.

Date:  June 16, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge