|   |   |
|---|---|
| DAREN HEATHERLY and IRMA RAMIREZ, | Case No. 13-cv-02949 NC |
| Plaintiffs, | **ORDER DISMISSING CASE** |
| v. | |
| THE BREW, and others, | Re: Dkt. No. 9 |
| Defendants. | |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

Plaintiffs filed this case alleging violations of the Americans with Disabilities Act on June 26, 2013. Dkt. No. 1. Defendants answered the complaint on August 26, 2013. Dkt. No. 6. No other activity has occurred in the case since defendants answered. Therefore, on June 16, 2014, the Court ordered plaintiffs to show cause by July 14, 2014, as to why their case should not be dismissed for lack of prosecution. Dkt. No. 9. To date, plaintiffs have not responded to the order to show cause. Because all parties have consented to the jurisdiction of a magistrate judge, this Court has jurisdiction under 28 U.S.C. § 636(c).

Accordingly, the Court dismisses this case without prejudice for failure to prosecute. The Clerk of Court is directed to administratively terminate this matter.

1
2    IT IS SO ORDERED.
3    Date:  August 4, 2014
4                                                                   _____
                                                                    Nathanael M. Cousins
5                                                                   United States Magistrate Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. 13-cv-02949 NC
ORDER DISMISSING CASE                    2